396 A.2d 10

Commonwealth v. Lucarini, Appellant.

Submitted June 14, 1978. Gustine J. Pelagatti, for appellant; Eric J. Cox, Assistant District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

HOFFMAN, J., did not participate in the consideration or decision of this case.